**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| **IN RE:**<br><br>**DANIEL J. CORRIGAN**<br>**JENNIFER L. FOX-CORRIGAN**<br><br>**DEBTORS.** | **CASE NO. 26-13499-pmm**<br><br>**CHAPTER 13** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that Hinshaw & Culbertson LLP has been retained as Attorney for Secured Creditor, Hometap Equity Partners, LLC ("**Hometap**") by and through its servicer Hometap Homeownership Solutions, LLC ("**Hometap Homeownership**"), in the entitled action. You are hereby requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Dated: September 11, 2026

Respectfully Submitted,

**HINSHAW & CULBERTSON LLP**

*/s/ Steven P. Kelly*____________________
Steven P. Kelly, Esquire
Fred W. Hoensch, Esquire
111 Wood Avenue South, Suite 210
Iselin, New Jersey 08830
Telephone: (908) 292-0027
skelly@hinshawlaw.com
***Counsel for Secured Creditor, Hometap Equity Partners, LLC by and through its servicer, Hometap Homeownership Solutions, LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically, via CM/ECF, this **11th** day of **September, 2026**.

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard Suite 220
Philadelphia, PA 19102
Tel: 215-545-0008
Fax: 215-545-0611
Email: brad@sadeklaw.com
***Attorney for Debtors***

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
***Chapter 13 Trustee***

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street - Suite 320
Philadelphia, PA 19107
Tel: (215)597-4411
***U.S. Trustee***

**HINSHAW & CULBERTSON LLP**

*/s/ Steven P. Kelly*
Steven P. Kelly, Esquire