**University Of Pennsylvania Health System**

Security PAH
800 Spruce St
Philadelphia, PA, 19107
USA

2704611
**Check #**

June 12, 2026
**Check Date**

**Void Void Void Void Void Void Void Void**

**Pay to the order of**
Daniel John Corrigan
1036 Sunset Street
Trainer, PA, 19061
USA
Non-Negotiable

**Net Pay**
$1,290.00

**Details**

| | |
|---|---|
| **Employee Name** | Daniel John Corrigan |
| **Employee Number** | 989237 |
| **Social Number** | [redacted] |
| **Pay Period** | May 24, 2026 - June 6, 2026 |
| **Salary Class** | Hourly |
| **Taxable Marital Status** | **Federal:** Married or Civil Union, Both Working or Married Filing Jointly |
| **Exemptions** | **Federal:** 0 |
| **Additional Amount** | **Federal:** $0.00 |

| **Summary** | **Hours** | **Current** | **Year to Date** |
|---|---|---|---|
| ***Total Gross*** | 160.75 | $2,249.70 | $24,437.55 |
| ***Total Deductions*** | | $959.70 | $8,177.82 |
| ***Total Net*** | | $1,290.00 | $16,371.69 |

| Wages | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| AE Sleep | 0.00 | 0.000000 | 0.00 | 160.00 |
| Bereave | 0.00 | 0.000000 | 0.00 | 1,343.52 |
| FLSA OT | 0.00 | 0.000000 | 0.00 | 734.00 |
| Holiday | 0.00 | 0.000000 | 0.00 | 223.92 |
| Training | 0.00 | 0.000000 | 0.00 | 207.92 |
| Vaca | 0.00 | 0.000000 | 0.00 | 671.76 |
| Hol Wrkd | 0.25 | 2.000000 | 0.50 | 346.38 |
| Personal | 3.75 | 2.000000 | 7.50 | 328.88 |
| Regular | 73.25 | 2.000000 | 146.50 | 19,441.52 |
| Sick | 3.00 | 2.000000 | 6.00 | 979.65 |
| Hol Wrkd | 0.25 | 13.995000 | 3.50 | 0.00 |
| Hol Wrkd | 0.25 | 25.990000 | 6.50 | 0.00 |
| Personal | 3.75 | 25.990000 | 97.46 | 0.00 |
| Regular | 73.25 | 25.990000 | 1,903.77 | 0.00 |
| Sick | 3.00 | 25.990000 | 77.97 | 0.00 |
| **Total** | 160.75 | | 2,249.70 | 24,437.55 |

| Pre-tax Deductions | Current | Year to Date |
|---|---|---|
| *Deck1_2Eve Prk | $33.48 | $334.80 |
| *Delta EE | $14.19 | $127.71 |
| *FdltyPreTaxEE | $0.00 | $268.70 |
| *FlxHltC | $330.00 | $2,970.00 |
| *MD PPO EE | $146.00 | $1,314.00 |

| | | |
|---|---|---|
| *VSP | $8.22 | $73.98 |
| **Total** | $531.89 | $5,089.19 |

| Taxes | Current | Year to Date |
|---|---|---|
| FederalIncomeTax | $122.29 | $1,408.00 |
| MEDICREE | $24.91 | $284.45 |
| PA STATE | $53.76 | $612.52 |
| PHILA | $77.16 | $838.17 |
| SUEC | $1.58 | $17.11 |
| SocialSec-EE | $106.51 | $1,216.26 |
| **Total** | $386.21 | $4,376.51 |

| After-tax Deductions | Current | Year to Date |
|---|---|---|
| ACH Reversal | $0.00 | $-2,042.94 |
| AD&D_After Tax | $4.47 | $40.23 |
| DepLifSp | $5.31 | $47.79 |
| FdltyRothEE | $0.00 | $268.70 |
| STD Post | $12.67 | $114.03 |
| SupLife | $19.15 | $172.35 |
| **Total** | $41.60 | $-1,399.84 |

| Company Deductions | Current | Year to Date |
|---|---|---|
| FdltyERMatch | $0.00 | $111.96 |
| **Total** | $0.00 | $111.96 |

| Leave Balances | Balances |
|---|---|

| | |
|---|---|
| LGL | 24.000000 |
| PER | 4.380000 |
| SCK | 3.870000 |
| VAC | 8.370000 |

| Distribution | Account Number | Amount |
|---|---|---|
| SUN EAST | [redacted] | $100.00 |
| THE BANC | | $25.00 |
| NAVY FED | | $1,165.00 |

University Of Pennsylvania Health System

Security PAH
800 Spruce St
Philadelphia, PA, 19107
USA

2751531
Check #

June 26, 2026
Check Date

Void Void Void Void Void Void Void Void

Net Pay
$1,222.30

Pay to the order of
Daniel John Corrigan
1036 Sunset Street
Trainer, PA, 19061
USA
Non-Negotiable

**Details**

| | |
|---|---|
| Employee Name | Daniel John Corrigan |
| Employee Number | 989237 |
| Social Number | [redacted] |
| Pay Period | June 7, 2026 - June 20, 2026 |
| Salary Class | Hourly |
| Taxable Marital Status | Federal: Married or Civil Union, Both Working or Married Filing Jointly |
| Exemptions | Federal: 0 |
| Additional Amount | Federal: $0.00 |

| Summary | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 154.00 | $2,157.93 | $26,595.48 |
| Total Deductions | | $935.63 | $9,113.45 |
| Total Net | | $1,222.30 | $17,593.99 |

| Wages | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| AE Sleep | 0.00 | 0.000000 | 0.00 | 160.00 |
| Bereave | 0.00 | 0.000000 | 0.00 | 1,343.52 |
| FLSA OT | 0.00 | 0.000000 | 0.00 | 734.00 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 346.38 |
| Holiday | 0.00 | 0.000000 | 0.00 | 223.92 |
| Sick | 0.00 | 0.000000 | 0.00 | 979.65 |
| Training | 0.00 | 0.000000 | 0.00 | 207.92 |
| Personal | 3.00 | 2.000000 | 6.00 | 412.85 |
| Regular | 57.00 | 2.000000 | 114.00 | 21,291.56 |
| Vaca | 8.00 | 2.000000 | 16.00 | 895.68 |
| Regular | 9.00 | 2.300000 | 20.70 | 0.00 |
| Personal | 3.00 | 25.990000 | 77.97 | 0.00 |
| Regular | 66.00 | 25.990000 | 1,715.34 | 0.00 |
| Vaca | 8.00 | 25.990000 | 207.92 | 0.00 |
| **Total** | 154.00 | | 2,157.93 | 26,595.48 |

| Pre-tax Deductions | Current | Year to Date |
|---|---|---|
| *Deck1_2Eve Prk | $33.48 | $368.28 |
| *Delta EE | $14.19 | $141.90 |
| *FdltyPreTaxEE | $0.00 | $268.70 |
| *FlxHltC | $330.00 | $3,300.00 |
| *MD PPO EE | $146.00 | $1,460.00 |
| *VSP | $8.22 | $82.20 |

| | | |
|---|---|---|
| **Total** | $531.89 | $5,621.08 |

| **Taxes** | **Current** | **Year to Date** |
|---|---|---|
| FederalIncomeTax | $111.28 | $1,519.28 |
| MEDICREE | $23.57 | $308.02 |
| PA STATE | $50.95 | $663.47 |
| PHILA | $74.02 | $912.19 |
| SUEC | $1.51 | $18.62 |
| SocialSec-EE | $100.81 | $1,317.07 |
| **Total** | $362.14 | $4,738.65 |

| **After-tax Deductions** | **Current** | **Year to Date** |
|---|---|---|
| ACH Reversal | $0.00 | $-2,042.94 |
| AD&D_After Tax | $4.47 | $44.70 |
| DepLifSp | $5.31 | $53.10 |
| FdltyRothEE | $0.00 | $268.70 |
| STD Post | $12.67 | $126.70 |
| SupLife | $19.15 | $191.50 |
| **Total** | $41.60 | $-1,358.24 |

| **Company Deductions** | **Current** | **Year to Date** |
|---|---|---|
| FdltyERMatch | $0.00 | $111.96 |
| **Total** | $0.00 | $111.96 |

| ***Leave Balances*** | **Balances** |
|---|---|
| *LGL* | 24.000000 |

| | |
|---|---|
| PER | 2.850000 |
| SCK | 7.430000 |
| VAC | 3.330000 |

| Distribution | Account Number | Amount |
|---|---|---|
| SUN EAST | [redacted] | $100.00 |
| THE BANC | | $25.00 |
| NAVY FED | | $1,097.30 |

**University Of Pennsylvania Health System**

Security PAH
800 Spruce St
Philadelphia, PA, 19107
USA

2800815
**Check #**
July 10, 2026
**Check Date**

**Void Void Void Void Void Void Void Void**

**Pay to the order of**
Daniel John Corrigan
1036 Sunset Street
Trainer, PA, 19061
USA
Non-Negotiable

**Net Pay**
**$1,591.98**

**Details**

| | |
|---|---|
| **Employee Name** | Daniel John Corrigan |
| **Employee Number** | 989237 |
| **Social Number** | [redacted] |
| **Pay Period** | June 21, 2026 - July 4, 2026 |
| **Salary Class** | Hourly |
| **Taxable Marital Status** | Federal: Married or Civil Union, Both Working or Married Filing Jointly |
| **Exemptions** | **Federal: 0** |
| **Additional Amount** | **Federal: $0.00** |

| ***Summary*** | **Hours** | **Current** | **Year to Date** |
|---|---|---|---|
| ***Total Gross*** | 169.75 | $2,441.83 | $29,037.31 |
| ***Total Deductions*** | | $849.85 | $9,963.30 |
| ***Total Net*** | | $1,591.98 | $19,185.97 |

| Wages | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| AE Sleep | 0.00 | 0.000000 | 0.00 | 160.00 |
| Bereave | 0.00 | 0.000000 | 0.00 | 1,343.52 |
| FLSA OT | 0.00 | 0.000000 | 0.00 | 734.00 |
| Holiday | 0.00 | 0.000000 | 0.00 | 223.92 |
| Personal | 0.00 | 0.000000 | 0.00 | 412.85 |
| Training | 0.00 | 0.000000 | 0.00 | 207.92 |
| Hol Wrkd | 8.25 | 2.000000 | 16.50 | 702.41 |
| Personal | 1.75 | 2.000000 | 3.50 | 50.35 |
| Regular | 56.50 | 2.000000 | 113.00 | 22,917.04 |
| Sick | 9.28 | 2.000000 | 18.56 | 1,246.63 |
| Vaca | 4.97 | 2.000000 | 9.94 | 1,038.67 |
| Hol Wrkd | 8.25 | 14.384850 | 118.68 | 0.00 |
| Hol Wrkd | 8.25 | 26.769700 | 220.85 | 0.00 |
| Personal | 1.75 | 26.769700 | 46.85 | 0.00 |
| Regular | 56.50 | 26.769700 | 1,512.48 | 0.00 |
| Sick | 9.28 | 26.769700 | 248.42 | 0.00 |
| Vaca | 4.97 | 26.769700 | 133.05 | 0.00 |
| **Total** | 169.75 | | 2,441.83 | 29,037.31 |

| Pre-tax Deductions | Current | Year to Date |
|---|---|---|
| *Deck1_2Eve Prk | $33.48 | $401.76 |
| *Delta EE | $14.19 | $156.09 |
| *FdltyPreTaxEE | $0.00 | $268.70 |

| | | |
|---|---|---|
| *FlexHltc | $100.00 | $100.00 |
| *FlxHltC | $0.00 | $3,300.00 |
| *MD PPO EE | $161.00 | $1,621.00 |
| *VSP | $9.46 | $91.66 |
| **Total** | $318.13 | $5,939.21 |

| **Taxes** | **Current** | **Year to Date** |
|---|---|---|
| FederalIncomeTax | $171.00 | $1,690.28 |
| MEDICREE | $30.80 | $338.82 |
| PA STATE | $66.23 | $729.70 |
| PHILA | $83.63 | $995.82 |
| SUEC | $1.71 | $20.33 |
| SocialSec-EE | $131.67 | $1,448.74 |
| **Total** | $485.04 | $5,223.69 |

| **After-tax Deductions** | **Current** | **Year to Date** |
|---|---|---|
| ACH Reversal | $0.00 | $-2,042.94 |
| AD&D_After Tax | $4.47 | $49.17 |
| DepLifSp | $5.31 | $58.41 |
| FdltyRothEE | $0.00 | $268.70 |
| STD Post | $12.67 | $139.37 |
| SupLife | $24.23 | $215.73 |
| **Total** | $46.68 | $-1,311.56 |

| ***Company Deductions*** | **Current** | **Year to Date** |
|---|---|---|

| | | |
|---|---|---|
| FdltyERMatch | $0.00 | $111.96 |
| **Total** | $0.00 | $111.96 |

| **Leave Balances** | **Balances** |
|---|---|
| LGL | 24.000000 |
| PER | 2.670000 |
| SCK | 1.880000 |
| VAC | 1.480000 |

| **Distribution** | **Account Number** | **Amount** |
|---|---|---|
| SUN EAST | [redacted] | $100.00 |
| THE BANC | | $25.00 |
| NAVY FED | | $1,466.98 |

**University Of Pennsylvania Health System**

Security PAH
800 Spruce St
Philadelphia, PA, 19107
USA

2849716
**Check #**

July 24, 2026
**Check Date**

**Void Void Void Void Void Void Void Void**

**Pay to the order of**
Daniel John Corrigan
1036 Sunset Street
Trainer, PA, 19061
USA
Non-Negotiable

**Net Pay**
$1,610.51

**Details**

| | |
|---|---|
| **Employee Name** | Daniel John Corrigan |
| **Employee Number** | 989237 |
| **Social Number** | [redacted] |
| **Pay Period** | July 5, 2026 - July 18, 2026 |
| **Salary Class** | Hourly |
| **Taxable Marital Status** | **Federal:** Married or Civil Union, Both Working or Married Filing Jointly |
| **Exemptions** | Federal: 0 |
| **Additional Amount** | Federal: $0.00 |

| **Summary** | **Hours** | **Current** | **Year to Date** |
|---|---|---|---|
| **Total Gross** | 164.25 | $2,362.71 | $31,400.02 |
| **Total Deductions** | | $752.20 | $10,715.50 |
| **Total Net** | | $1,610.51 | $20,796.48 |

| Wages | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| AE Sleep | 0.00 | 0.000000 | 0.00 | 160.00 |
| Bereave | 0.00 | 0.000000 | 0.00 | 1,343.52 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 702.41 |
| Holiday | 0.00 | 0.000000 | 0.00 | 223.92 |
| Personal | 0.00 | 0.000000 | 0.00 | 463.20 |
| Sick | 0.00 | 0.000000 | 0.00 | 1,246.63 |
| Training | 0.00 | 0.000000 | 0.00 | 207.92 |
| Vaca | 0.00 | 0.000000 | 0.00 | 1,038.67 |
| FLSA OT | 1.25 | 2.000000 | 2.50 | 787.94 |
| Holiday | 8.00 | 2.000000 | 16.00 | 230.16 |
| Regular | 72.25 | 2.000000 | 144.50 | 24,995.65 |
| FLSA OT | 1.25 | 14.384850 | 17.98 | 0.00 |
| FLSA OT | 1.25 | 26.769700 | 33.46 | 0.00 |
| Holiday | 8.00 | 26.769700 | 214.16 | 0.00 |
| Regular | 72.25 | 26.769700 | 1,934.11 | 0.00 |
| Total | 164.25 | | 2,362.71 | 31,400.02 |

| Pre-tax Deductions | Current | Year to Date |
|---|---|---|
| *Deck1_2Eve Prk | $33.48 | $435.24 |
| *Delta EE | $14.19 | $170.28 |
| *FdltyPreTaxEE | $0.00 | $268.70 |
| *FlexHltc | $0.00 | $100.00 |
| *FlxHltC | $0.00 | $3,300.00 |

| | | |
|---|---|---|
| *MD PPO EE | $161.00 | $1,782.00 |
| *VSP | $9.46 | $101.12 |
| **Total** | $218.13 | $6,157.34 |

| Taxes | Current | Year to Date |
|---|---|---|
| FederalIncomeTax | $173.50 | $1,863.78 |
| MEDICREE | $31.10 | $369.92 |
| PA STATE | $66.87 | $796.57 |
| PHILA | $80.92 | $1,076.74 |
| SUEC | $1.65 | $21.98 |
| SocialSec-EE | $132.97 | $1,581.71 |
| **Total** | $487.01 | $5,710.70 |

| After-tax Deductions | Current | Year to Date |
|---|---|---|
| ACH Reversal | $0.00 | $-2,042.94 |
| AD&D_After Tax | $4.47 | $53.64 |
| DepLifSp | $5.31 | $63.72 |
| FdltyRothEE | $0.00 | $268.70 |
| STD Post | $13.05 | $152.42 |
| SupLife | $24.23 | $239.96 |
| **Total** | $47.06 | $-1,264.50 |

| Company Deductions | Current | Year to Date |
|---|---|---|
| FdltyERMatch | $0.00 | $111.96 |
| **Total** | $0.00 | $111.96 |

| Leave Balances | Balances |
|---|---|
| LGL | 16.000000 |
| PER | 4.200000 |
| SCK | 5.580000 |
| VAC | 4.570000 |

| Distribution | Account Number | Amount |
|---|---|---|
| THE BANC | [redacted] | $25.00 |
| NAVY FED | | $100.00 |
| SUN EAST | | $1,485.51 |

10/2/26, 6:39 PM

**University Of Pennsylvania Health System**

Security PAH
800 Spruce St
Philadelphia, PA, 19107
USA

2898726
**Check #**

August 7, 2026
**Check Date**

**Void Void Void Void Void Void Void Void**

**Pay to the order of**
Daniel John Corrigan
1036 Sunset Street
Trainer, PA, 19061
USA
Non-Negotiable

**Net Pay**
$1,750.55

**Details**

| | |
|---|---|
| Employee Name | Daniel John Corrigan |
| Employee Number | 989237 |
| Social Number | [redacted] |
| Pay Period | July 19, 2026 - August 1, 2026 |
| Salary Class | Hourly |
| Taxable Marital Status | Federal: Married or Civil Union, Both Working or Married Filing Jointly |
| Exemptions | Federal: 0 |
| Additional Amount | Federal: $0.00 |

| Summary | Hours | Current | Year to Date |
|---|---|---|---|
| **Total Gross** | 177.25 | $2,552.47 | $33,952.49 |
| **Total Deductions** | | $801.92 | $11,517.42 |
| **Total Net** | | $1,750.55 | $22,547.03 |

| Wages | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| AE Sleep | 0.00 | 0.000000 | 0.00 | 160.00 |
| Bereave | 0.00 | 0.000000 | 0.00 | 1,343.52 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 702.41 |
| Holiday | 0.00 | 0.000000 | 0.00 | 223.92 |
| Personal | 0.00 | 0.000000 | 0.00 | 412.85 |
| Training | 0.00 | 0.000000 | 0.00 | 207.92 |
| Holiday | 8.00 | 2.000000 | 16.00 | 460.32 |
| Personal | 4.96 | 2.000000 | 9.92 | 193.05 |
| Regular | 55.50 | 2.000000 | 111.00 | 26,846.74 |
| Sick | 7.07 | 2.000000 | 14.14 | 1,450.03 |
| Vaca | 3.97 | 2.000000 | 7.94 | 1,152.89 |
| FLSA OT | 0.25 | 2.300000 | 0.58 | 798.84 |
| Regular | 8.75 | 2.300000 | 20.13 | 0.00 |
| FLSA OT | 0.25 | 14.534850 | 3.63 | 0.00 |
| FLSA OT | 0.25 | 26.769700 | 6.69 | 0.00 |
| Holiday | 8.00 | 26.769700 | 214.16 | 0.00 |
| Personal | 4.96 | 26.769700 | 132.78 | 0.00 |
| Regular | 64.25 | 26.769700 | 1,719.96 | 0.00 |
| Sick | 7.07 | 26.769700 | 189.26 | 0.00 |
| Vaca | 3.97 | 26.769700 | 106.28 | 0.00 |
| Total | 177.25 | | 2,552.47 | 33,952.49 |

| Pre-tax Deductions | Current | Year to Date |
|---|---|---|

| | Current | Year to Date |
|---|---|---|
| *Deck1_2Eve Prk | $33.48 | $468.72 |
| *Delta EE | $14.19 | $184.47 |
| *FdltyPreTaxEE | $0.00 | $268.70 |
| *FlexHltc | $0.00 | $100.00 |
| *FlxHltC | $0.00 | $3,300.00 |
| *MD PPO EE | $161.00 | $1,943.00 |
| *VSP | $9.46 | $110.58 |
| **Total** | $218.13 | $6,375.47 |

| **Taxes** | **Current** | **Year to Date** |
|---|---|---|
| FederalIncomeTax | $196.27 | $2,060.05 |
| MEDICREE | $33.84 | $403.76 |
| PA STATE | $72.69 | $869.26 |
| PHILA | $87.42 | $1,164.16 |
| SUEC | $1.79 | $23.77 |
| SocialSec-EE | $144.72 | $1,726.43 |
| **Total** | $536.73 | $6,247.43 |

| **After-tax Deductions** | **Current** | **Year to Date** |
|---|---|---|
| ACH Reversal | $0.00 | $-2,042.94 |
| AD&D_After Tax | $4.47 | $58.11 |
| DepLifSp | $5.31 | $69.03 |
| FdltyRothEE | $0.00 | $268.70 |
| STD Post | $13.05 | $165.47 |
| SupLife | $24.23 | $264.19 |

| Total | $47.06 | $-1,217.44 |
|---|---|---|

| Company Deductions | Current | Year to Date |
|---|---|---|
| FdltyERMatch | $0.00 | $111.96 |
| Total | $0.00 | $111.96 |

| Leave Balances | Balances |
|---|---|
| LGL | 8.000000 |
| PER | 0.930000 |
| SCK | 2.600000 |
| VAC | 4.000000 |

| Distribution | Account Number | Amount |
|---|---|---|
| THE BANC | [redacted] | $25.00 |
| NAVY FED | | $100.00 |
| SUN EAST | | $1,625.55 |

## University Of Pennsylvania Health System

Security PAH
800 Spruce St
Philadelphia, PA, 19107
USA

2947734
Check #

August 21, 2026
Check Date

Void Void Void Void Void Void Void Void

Pay to the order of
Daniel John Corrigan
1036 Sunset Street
Trainer, PA, 19061
USA
Non-Negotiable

Net Pay
$1,586.65

### Details

| | |
|---|---|
| Employee Name | Daniel John Corrigan |
| Employee Number | 989237 |
| Social Number | [redacted] |
| Pay Period | August 2, 2026 - August 15, 2026 |
| Salary Class | Hourly |
| Taxable Marital Status | Federal: Married or Civil Union, Both Working or Married Filing Jointly |
| Exemptions | Federal: 0 |
| Additional Amount | Federal: $0.00 |

| Summary | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 162.00 | $2,330.36 | $36,282.85 |
| Total Deductions | | $743.71 | $12,261.13 |
| Total Net | | $1,586.65 | $24,133.68 |

| Wages | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| AE Sleep | 0.00 | 0.000000 | 0.00 | 160.00 |
| Bereave | 0.00 | 0.000000 | 0.00 | 1,343.52 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 702.41 |
| Holiday | 0.00 | 0.000000 | 0.00 | 684.24 |
| Personal | 0.00 | 0.000000 | 0.00 | 605.90 |
| Training | 0.00 | 0.000000 | 0.00 | 207.92 |
| FLSA OT | 0.50 | 2.000000 | 1.00 | 820.42 |
| Regular | 72.25 | 2.000000 | 144.50 | 28,925.36 |
| Sick | 5.55 | 2.000000 | 11.10 | 1,609.70 |
| Vaca | 2.45 | 2.000000 | 4.90 | 1,223.38 |
| FLSA OT | 0.50 | 14.384850 | 7.19 | 0.00 |
| FLSA OT | 0.50 | 26.769700 | 13.39 | 0.00 |
| Regular | 72.25 | 26.769700 | 1,934.12 | 0.00 |
| Sick | 5.55 | 26.769700 | 148.57 | 0.00 |
| Vaca | 2.45 | 26.769700 | 65.59 | 0.00 |
| Total | 162.00 | | 2,330.36 | 36,282.85 |

| Pre-tax Deductions | Current | Year to Date |
|---|---|---|
| *Deck1_2Eve Prk | $33.48 | $502.20 |
| *Delta EE | $14.19 | $198.66 |
| *FdltyPreTaxEE | $0.00 | $268.70 |
| *FlexHltc | $0.00 | $100.00 |
| *FlxHltC | $0.00 | $3,300.00 |

| | | |
|---|---|---|
| *MD PPO EE | $161.00 | $2,104.00 |
| *VSP | $9.46 | $120.04 |
| **Total** | $218.13 | $6,593.60 |

| **Taxes** | **Current** | **Year to Date** |
|---|---|---|
| FederalIncomeTax | $169.62 | $2,229.67 |
| MEDICREE | $30.63 | $434.39 |
| PA STATE | $65.87 | $935.13 |
| PHILA | $79.81 | $1,243.97 |
| SUEC | $1.63 | $25.40 |
| SocialSec-EE | $130.96 | $1,857.39 |
| **Total** | $478.52 | $6,725.95 |

| **After-tax Deductions** | **Current** | **Year to Date** |
|---|---|---|
| ACH Reversal | $0.00 | $-2,042.94 |
| AD&D_After Tax | $4.47 | $62.58 |
| DepLifSp | $5.31 | $74.34 |
| FdltyRothEE | $0.00 | $268.70 |
| STD Post | $13.05 | $178.52 |
| SupLife | $24.23 | $288.42 |
| **Total** | $47.06 | $-1,170.38 |

| **Company Deductions** | **Current** | **Year to Date** |
|---|---|---|
| FdltyERMatch | $0.00 | $111.96 |
| **Total** | $0.00 | $111.96 |

| Leave Balances | Balances |
|---|---|
| LGL | 16.000000 |
| PER | 2.470000 |
| SCK | 0.750000 |
| VAC | 4.630000 |

| Distribution | Account Number | Amount |
|---|---|---|
| THE BANC | [redacted] | $25.00 |
| NAVY FED | | $100.00 |
| SUN EAST | | $1,461.65 |

CO. FILE DEPT. CLOCK VCHR. NO. 052
8GH 001948 000200 0000250027 1

ADP

*CARDINAL POINT HOMELAND SECURITY GROUP INC*
*1300 VIRGINIA DRIVE SUITE 406*
*FORT WASHINGTON, PA 19034*

Period Beginning: 05/31/2026
Period Ending: 06/13/2026
Pay Date: 06/18/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**DANIEL CORRIGAN**
**1036 SUNSET ST.**
**TRAINER PA 19061**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30 0000 | 72 25 | 2 167 50 | 19 423 00 |
| Overtime | | | | 703 85 |
| **Gross Pay** | | | **$2 167 50** | 20 126 85 |
| **Statutory** | | | | |
| Federal Income Tax | | | -176 26 | 1 156 47 |
| Social Security Tax | | | -134 38 | 1 247 86 |
| Medicare Tax | | | -31 43 | 291 84 |
| PA State Income Tax | | | -66 54 | 617 87 |
| Upper Dublin Income Tax | | | -21 68 | 201 30 |
| Upper Dublin Local Svc Tax | | | -2 00 | 26 00 |
| PA SUI Tax | | | -1 52 | 14 09 |
| **Other** | | | | |
| Uniform | | | | 228 10 |
| **Net Pay** | | | **$1 733 69** | |
| CHECKING | | | -100 00 | |
| CHECKING | | | -1 633 69 | |
| **Net Check** | | | **$0 00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 72 25 | |

COMPANY PH#:(267) 536-2020

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$2 167 50

CARDINAL POINT HOMELAND SECURITY GROUP INC
1300 VIRGINIA DRIVE SUITE 406
FORT WASHINGTON PA 19034

**Advice number:** **00000250027**
Pay date: 06/18/2026

**DANIEL CORRIGAN**

| | | |
|---|---|---|
| xx5255 | xxxx xxxx | $100 00 |
| xxxxxx4431 | xxxx xxxx | $1 633 69 |

THIS IS NOT A CHECK

8GH 001948 000200 0000270026 1

CARDINAL POINT HOMELAND SECURITY GROUP INC
1300 VIRGINIA DRIVE SUITE 406
FORT WASHINGTON, PA 19034

Period Beginning: 06/14/2026
Period Ending: 06/27/2026
Pay Date: 07/02/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**DANIEL CORRIGAN**
**1036 SUNSET ST.**
**TRAINER PA 19061**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27 0000 | 5 00 | 135 00 | 20 338 00 |
| Regular | 30 0000 | 26 00 | 780 00 | |
| Overtime | | | | 703 85 |
| **Gross Pay** | | | **$915 00** | 21 041 85 |
| **Statutory** | | | | |
| Federal Income Tax | | | -29 58 | 1 186 05 |
| Social Security Tax | | | -56 73 | 1 304 59 |
| Medicare Tax | | | -13 27 | 305 11 |
| PA State Income Tax | | | -28 09 | 645 96 |
| Upper Dublin Income Tax | | | -9 15 | 210 45 |
| Upper Dublin Local Svc Tax | | | -2 00 | 28 00 |
| PA SUI Tax | | | -0 64 | 14 73 |
| **Other** | | | | |
| Uniform | | | | 228 10 |
| **Net Pay** | | | **$775 54** | |
| CHECKING | | | -100 00 | |
| CHECKING | | | -675 54 | |
| **Net Check** | | | **$0 00** | |

Your federal taxable wages this period are $915 00

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 31 00 | |

COMPANY PH#:(267) 536-2020

BASIS OF PAY: HOURLY

CARDINAL POINT HOMELAND SECURITY GROUP INC
1300 VIRGINIA DRIVE SUITE 406
FORT WASHINGTON PA 19034

**Advice number:** **00000270026**
Pay date: 07/02/2026

**DANIEL CORRIGAN**

| | | |
|---|---|---|
| xx5255 | xxxx xxxx | $100 00 |
| xxxxxx4431 | xxxx xxxx | $675 54 |

THIS IS NOT A CHECK

8GH 001948 000200 0000290027 1

*CARDINAL POINT HOMELAND SECURITY GROUP INC*
*1300 VIRGINIA DRIVE SUITE 406*
*FORT WASHINGTON, PA 19034*

| | |
|---|---|
| Period Beginning: | 06/28/2026 |
| Period Ending: | 07/11/2026 |
| Pay Date: | 07/17/2026 |

**DANIEL CORRIGAN**
**1036 SUNSET ST.**
**TRAINER PA 19061**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30 0000 | 45 50 | 1 365 00 | 21 703 00 |
| Overtime | | | | 703 85 |
| **Gross Pay** | | | **$1 365 00** | 22 406 85 |
| **Statutory** | | | | |
| Federal Income Tax | | | -79 96 | 1 266 01 |
| Social Security Tax | | | -84 63 | 1 389 22 |
| Medicare Tax | | | -19 79 | 324 90 |
| PA State Income Tax | | | -41 91 | 687 87 |
| Upper Dublin Income Tax | | | -13 65 | 224 10 |
| Upper Dublin Local Svc Tax | | | -2 00 | 30 00 |
| PA SUI Tax | | | -0 95 | 15 68 |
| **Other** | | | | |
| Uniform | | | | 228 10 |
| **Net Pay** | | | **$1 122 11** | |
| CHECKING | | | -1 022 11 | |
| CHECKING | | | -100 00 | |
| **Net Check** | | | **$0 00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 45 50 | |

COMPANY PH#:(267) 536-2020

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1 365 00

CARDINAL POINT HOMELAND SECURITY GROUP INC
1300 VIRGINIA DRIVE SUITE 406
FORT WASHINGTON PA 19034

| | |
|---|---|
| **Advice number:** | **00000290027** |
| Pay date: | 07/17/2026 |

**DANIEL CORRIGAN**

| | | |
|---|---|---|
| xx5255 | xxxx xxxx | $1 022 11 |
| xxxxxx4431 | xxxx xxxx | $100 00 |

THIS IS NOT A CHECK

8GH 001948 000200 00000310030

# Earnings Statement

*CARDINAL POINT HOMELAND SECURITY GROUP INC*
*1300 VIRGINIA DRIVE SUITE 406*
*FORT WASHINGTON, PA 19034*

Period Beginning: 07/12/2026
Period Ending: 07/25/2026
Pay Date: 07/31/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**DANIEL CORRIGAN**
**1036 SUNSET ST.**
**TRAINER PA 19061**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 58.25 | 1,747.50 | 23,450.50 |
| Overtime | | | | 703.85 |
| **Gross Pay** | | | **$1,747.50** | 24,154.35 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -125.86 | 1,391.87 |
| | Social Security Tax | -108.35 | 1,497.57 |
| | Medicare Tax | -25.34 | 350.24 |
| | PA State Income Tax | -53.65 | 741.52 |
| | Upper Dublin Income Tax | -17.48 | 241.58 |
| | Upper Dublin Local Svc Tax | -2.00 | 32.00 |
| | PA SUI Tax | -1.23 | 16.91 |
| | **Other** | | |
| | Uniform | | 228.10 |
| | **Net Pay** | **$1,413.59** | |
| | CHECKING | -1,313.59 | |
| | CHECKING | -100.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,747.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 58.25 | |

**Important Notes**

COMPANY PH#:(267) 536-2020

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CARDINAL POINT HOMELAND SECURITY GROUP INC
1300 VIRGINIA DRIVE SUITE 406
FORT WASHINGTON, PA 19034

**Advice number:** **00000310030**
Pay date: 07/31/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **DANIEL CORRIGAN** | xx5255 | xxxx xxxx | $1,313.59 |
| | xxxxxx4431 | xxxx xxxx | $100.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

8GH 001948 000200 00000330029

*CARDINAL POINT HOMELAND SECURITY GROUP INC*
*1300 VIRGINIA DRIVE SUITE 406*
*FORT WASHINGTON, PA 19034*

Period Beginning: 07/26/2026
Period Ending: 08/08/2026
Pay Date: 08/14/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**DANIEL CORRIGAN**
**1036 SUNSET ST.**
**TRAINER PA 19061**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30 0000 | 48 75 | 1 462 50 | 24 913 00 |
| Overtime | | | | 703 85 |
| **Gross Pay** | | | **$1 462 50** | 25 616 85 |
| **Statutory** | | | | |
| Federal Income Tax | | | -91 66 | 1 483 53 |
| Social Security Tax | | | -90 67 | 1 588 24 |
| Medicare Tax | | | -21 20 | 371 44 |
| PA State Income Tax | | | -44 90 | 786 42 |
| Upper Dublin Income Tax | | | -14 63 | 256 21 |
| Upper Dublin Local Svc Tax | | | -2 00 | 34 00 |
| PA SUI Tax | | | -1 02 | 17 93 |
| **Other** | | | | |
| Uniform | | | | 228 10 |
| **Net Pay** | | | **$1 196 42** | |
| CHECKING | | | -1 096 42 | |
| CHECKING | | | -100 00 | |
| **Net Check** | | | **$0 00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 48 75 | |

COMPANY PH#:(267) 536-2020

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1 462 50

CARDINAL POINT HOMELAND SECURITY GROUP INC
1300 VIRGINIA DRIVE SUITE 406
FORT WASHINGTON PA 19034

**Advice number:** 00000330029
Pay date: 08/14/2026

**DANIEL CORRIGAN**

| | | |
|---|---|---|
| xx5255 | xxxx xxxx | $1 096 42 |
| xxxxxx4431 | xxxx xxxx | $100 00 |

THIS IS NOT A CHECK